JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARLIGHT BEAUTY SALON & SPA, a business of unknown form; S & S BURBANK PLAZA, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 18-8299-DMG (GJSx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [38]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff CARMEN JOHN PERRI and STARLIGHT BEAUTY SALON & SPA and S & S BURBANK PLAZA, LLC, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-entitled action is dismissed with prejudice, in its entirety. The parties shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: March 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1